IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:23cr00850 |
|---|---|---|
| v. | ) | |
| HASSANBUNHUSSEIN ABOLORE LAWAL, | ) | |
| a/k/a "Bellajannet28," | ) | |
| a/k/a "Bellajannet30," | ) | |
| a/k/a "Aliceconner566," | ) | **ORDER FOR** |
| a/k/a "Lawal Hassan," | ) | **BENCH WARRANT** |
| a/k/a "Hassan Lawal" | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, HASSANBUNHUSSEIN ABOLORE LAWAL, a/k/a "Bellajannet28," "Bellajannet30," "Aliceconner566," "Lawal Hassan," "Hassan Lawal," as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

October 24, 2023

Florence, South Carolina

I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Elliott B. Daniels (#11931)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
Email Address: Elliott.Daniels@usdoj.gov

RECEIVED
OCT 24 2023
FLORENCE, S.C.