FIO#11583617

AO 442 (Rev. 11-11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF SOUTH CAROLINA

**RECEIVED**
**UNITED STATES MARSHAL**

12:40 pm, Oct 25 2023

**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HASSANBUNHUSSEIN ABOLORE LAWAL | ) | Case No. 0:23-850 |
| a/k/a "Bellajannet28" | ) | |
| a/k/a "Bellajannet30" | ) | |
| a/k/a "Aliceconner566" | ) | |
| a/k/a "Lawal Hassan" | ) | |
| a/k/a "Hassan Lawal" | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     HASSANBUNHUSSEIN ABOLORE LAWAL, a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconner566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal"   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2
Title 18, United States Code, Section 875(b)
Title 18, United States Code, Section 2251(a)
Title 18, United States Code, Section 2251(e)
Title 18, United States Code, Section 2252A(a)(2)
Title 18, United States Code, Section 2252A(b)(1)
Title 18, United States Code, Section 2253

Title 18, United States Code, Section 2261A(2)(A)
Title 18, United States Code, Section 2261A(2)(B)
Title 18, United States Code, Section 2261(b)
Title 18, United States Code, Section 2422(b)
Title 18, United States Code, Section 2428
Title 18, United States Code, Section 981(a)(1)(C)
Title 28, United States Code, Section 2461(c)

Date:    10/24/2023

s/Angie Snipes

*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

City and state:     Columbia, South Carolina

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* Oct. 25, 2023 , and the person was arrested on *(date)* 01/25/25 at *(city and state)* 13E WEST COLUMBIA, SC . |
| Date: 01/27/25 |
| *Arresting officer's signature* |
| THOMAS CHRONERT, SA |
| *Printed name and title* |

USCA4