UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **HASSANBUNHUSSEIN ABOLORE LAWAL,** *Defendant.* | CRIMINAL ACTION NO. 0:23-CR-850-MGL **MOTION FOR DISCOVERY** |

The Defendant notifies the Government of its request for discovery and disclosure under Rule 16 of the Federal Rules of Criminal Procedure and all other applicable federal law and authority.

Defendant incorporates by reference all categories of information included in Rule 16 of the Federal Rules of Criminal Procedure whether listed in the Rule or interpreted, inferred, or described by any federal court or other body of authority.

Defendant further requests from the Government all information that should be disclosed under *Brady v. Maryland*, 373 U.S. 83, 83 S. Ct. 1194 (1963), or *Giglio v. United States*, 405 U.S. 150, 92 S. Ct. 763 (1972).

To the extent the Government possesses any information related to this case in any way, but believes there is no duty to disclose that information, Defendant requests the Government provide a list of the general nature of the undisclosed discovery and the specific reason for refusing to disclose that discovery so that Defendant may request a hearing before the Court on the undisclosed information.

Respectfully Submitted,

**s/ Joshua Snow Kendrick**
Joshua Snow Kendrick (Fed ID 9037)
KENDRICK & LEONARD, P.C.
7 Mills Avenue (29605)
P.O. Box 6938
Greenville, SC 29606
Tel: (864) 760-4000
Josh@KendrickLeonard.com

February 4, 2025
Greenville, South Carolina