IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 0:23-cr-850-MGL |
| | ) |
| v. | ) |
| | ) |
| HASSANBUNHUSSEIN ABOLORE LAWAL | ) |

**CONTINUANCE ORDER**

This matter comes before the court on an oral motion of the defendant for a continuance of this case at a pre-trial conference that was held on September 22, 2025. The defendant requested a two-term continuance to the term of court beginning February 11, 2026. Counsel for the defendant Hassanbunhussein Abolore Lawal, Josh Kendrick and Kathy Evatt, requested additional time to review voluminous discovery and to receive additional discovery that is forthcoming. The defendant consented on the record at the hearing to the request, and the Government does not oppose the defendant's request for additional time.

In reaching the conclusion that the proposed continuance is appropriate, the Court has balanced the best interest of the public and the defendant in a speedy trial against the ends of justice and finds that the latter outweighs the former. The Court finds that a continuance until the next term of court will allow defense counsel the time necessary for review of the case and discovery with the defendant and will afford the parties the opportunity to begin plea negotiations, if appropriate, which could possibly avoid the need for a trial.

Therefore, the Court finds that this continuance is justified under the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and the Court specifically finds, based on the entire

1

record before it, that the ends of justice served by the granting of this continuance outweighs the interests of the public and the defendants in a speedy trial.

FOR ALL THE FOREGOING, it is ordered that the case of *United States v. Hassanbunhussein Abolore Lawal,* Criminal No. 0:23-cr-850-MGL, be continued until the Court's February 11, 2026 term of court and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, *et. seq.*

**IT IS SO ORDERED.**

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

October 1, 2025

Columbia, South Carolina.